# IN THE SUPREME COURT OF THE STATE OF NEVADA

ESMERALDA MINERALS, LLC, A
NEVADA COMPANY AND ITS PARENT
CORPORATION, PURE ENERGY
MINERALS, LTD.,
Appellant,
vs.
JASON KING, P.E., NEVADA STATE
ENGINEER, THE STATE OF NEVADA
DEPARTMENT OF CONSERVATION
AND NATURAL RESOURCES,
DIVISION OF WATER RESOURCES,
Respondent.

No. 72284

**FILED**

JAN 25 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL AND DENYING MOTION TO INTERVENE*

Pursuant to the settlement conference, the parties' joint motion for voluntary dismissal, and cause appearing, we dismiss this appeal.[1] NRAP 42(b).

It is so ORDERED.

_____, C.J.

---

[1] Rockwood Lithium Inc., and Albermarle Corporation filed a motion to intervene on December 18, 2017. The motion is denied as untimely. Rockwood and Albermarle were aware of the instant appeal, which has been pending since February 3, 2017; the district court granted their motion to intervene at a hearing on August 31, 2017; and the district court filed its order granting their motion on November 14, 2017; yet they did not file the instant motion until December 18, 2017, which is after the final settlement conference had been held and the parties reached settlement. *Cf.* NRCP 24 (application to intervene must be timely).

18-03568

cc: Hon. Robert W. Lane, District Judge
Margaret M. Crowley, Settlement Judge
Taggart & Taggart, Ltd.
Attorney General/Carson City
Esmeralda County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A